UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TODD ALLEN AGAR,

     Petitioner,

v.

KATI J. BARTRAND, et al.,

     Respondents.

Case No. 25-cv-13594

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the petition for a writ of habeas corpus with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondents and against petitioner. Costs to be permitted in accordance with law.

KINIKIA ESSIX
CLERK OF THE COURT

BY:  _s/Tara Villereal_____
     DEPUTY CLERK

Dated: March 13, 2026

Approved: _s/Robert J. White_____
     Robert J. White
     United States District Judge